## 551.   HARPER v. THE STATE.

POWELL, J. As to the exception to the sufficiency of the evidence, the case is controlled by *Plummer* v. *State,* 1 *Ga. App.* 507, 57 S. E. 969; and as to the exception to the charge of the court it is controlled by the long line of decisions cited in 13 Michie's Digest, 139, C.

*Judgment affirmed.*

Indictment for illegal sale of liquor, from Henry superior court —Judge Reagan. May 13, 1907.

Argued July 17,—Decided July 25, 1907.

*Gleaton & Gleaton,* for plaintiff in error.

*O. H. B. Bloodworth, solicitor-general,* contra.